UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONSUELO ROMERO,**
          **Plaintiff,**

-vs-                               **Case No. 6:08-cv-257-Orl-18DAB**

**ALL STARS SERVICES, LLC,**
          **Defendant.**

## ORDER

This case is before the Court on the Motion for Default Judgment (Doc. No. 28) filed October 24, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 1, 2008 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. No. 28) is **GRANTED**.

3. Final judgment is hereby entered in favor of Plaintiffs, Consuelo Romero, Orlando Zaya, Nitza Casiano, and Christian Irizarry and against Defendant All Stars Services, LLC for damages in the amount of $8,775.00 as to Consuelo Romero, $ 10,042.50

as to Orlando Zaya, $1,608.00 as to Nitza Casiano, and $4,680.00 as to Christian Irizarry, for attorney's fees in the amount of $4,850.00 and for costs in the amount of $490.00.

4. The Clerk is directed to enter judgment in accordance with the terms outlined herein and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party